CIVIL ACTION NO:

MICHAEL JONES
V
DONALD J TRUMP,

FILED

JUN 0 1 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

COMPLAINT

4:26-cv-585
Mazzant/Durrett

TO THE HONORABLE COURT:

MICHAEL JONES 2600937, PLAINTIFF, COMPLAINS OF DONALD J. TRUMP, AND FOR CAUSE OF ACTION SHOWS.

I
PLAINTIFF, SEEKS ONLY EXPUNCTION OF ONE 2/22/1999 CORYELL COUNTY, TEXAS CONVICTION RECORD AND RELIEF OF $10,000 EXCLUDING INTEREST, STATUTORY OR PUNITIVE etc., etc. SUBJECT TO THE EXPEDITED ACTIONS PROCESS OF CIVIL PROCEDURE RULE 169 AND DISCOVERY MUST BE CONDUCTED UNDER CIVIL PROCEDURE 190.2.

II
PLAINTIFF SEEKS THE EXPUNCTION OF ONE 2/22/1999 CORYELL COUNTY, TEXAS CONVICTION RECORD AND RELIEF OF $10,000 EXCLUDING INTEREST, STATUTORY OR PUNITIVE DAMAGES AND PENALTIES AND ATTORNEY FEES AND COSTS.

III
PLAINTIFF IS AN INDIVIDUAL RESIDING IN FANNIN COUNTY, TEXAS. THE DEFENDANT IS DONALD J. TRUMP, SERVICE MAY BE HAD AT 1600 PENNSYLVANIA AVE, WASHINGTON, DC.

IV
DONALD J. TRUMP CONTINUALLY SPOKE OF "NO NEW WARS". BEING IN HIS POSITION ONE WOULD EXPECT TO BE ABLE TO BELIEVE HIM. ON 19 JUNE 2025 I WAS ARRESTED FOR A FRAUDULENT WARRANT. ON 29 JUNE 2025 MY WIFE, CRYSTAL MY DAUGHTER, MALIYAH AND MY GRANDSON D.J. LEFT TEXAS TO VISIT MY MOTHER. A TRIP THAT WAS ASSUMED TO BE BRIEF. SUDDENLY IN FEBRUARY 2026 DONALD J. TRUMP SUNK US INTO A "NEW WAR" WITH A COUNTRY WHO DOESENT CARE ABOUT ANYTHING, IRAN. THIS COUNTRY IS IN A PRIME POSITION FOR CONTROL OF THE STRAIGHT OF HORMUZ - TOOK THAT OPPORTUNITY. LOCKING DOWN THE STRAIGHT. CAUSING GAS PRICES TO SKYROCKET TO THE HIGHEST PRICES EVER IN MY 47 YEARS OF EXISTENCE.

AS MY FAMILY HAS BEEN BELOW POVERTY FOR MANY YEARS. LIVING PAYCHECK TO PAYCHECK, THIS FALSEHOOD BY DONALD J. TRUMP SHOULD MAKE HIM LIABLE FOR THE FUEL PURCHASES OF PEOPLE IN THIS COUNTRY. IT IS NOW MAY. GAS PRICES ARE STILL TECHNICALLY "OUT OF REACH" AND MY FAMILY IS STILL STUCK IN MICHIGAN. WITH THE HIGHEST GAS PRICES IN THIS COUNTRY. OVER $5 A GALLON.

THIS LAWSUIT IS WRITTEN TO PROVE THAT INDIVIDUALS CAN NOT PUBLICALLY MAKE A STATEMENT OR "A CONTRACT" AND RENIG ON THIS "CONTRACT". THIS MAN PROMISED "NO NEW WARS" AND TOOK US STRAIGHT INTO A CONFLICT WITH NO END IN SIGHT. THEREBY MAKING HIM RESPONSIBLE FOR THE FUEL PRICES, MAKING HIM LIABLE FOR FAMILIES WHO BECAME STUCK IN VARIOUS PLACES AWAY FROM HOME IN THEIR "TRUSTED" UNITED STATES OF AMERICA.

ALL I ASK FOR IS THE $10,000 TO ALLOW MY FAMILY TO RETURN TO TEXAS. ALL I WANT IS MY FAMILY BACK. MY FAMILY THAT DONALD J. TRUMP TOOK AWAY.

THE UNITED STATES CODE TITLE 18 LISTS JUDICIAL CONDUCT. INTEGRITY BEING THE BIGGEST THING. IF THE MAN WHO SITS AT THE HEAD OF THIS COUNTRY REFUSES TO SHOW INTEGRITY — YOU NEED TO MAKE HIM. IF HE REFUSES TO SEE ANY ERROR IN HIS WAYS — YOU NEED TO SHOW HIM.

I JUST ASK FOR MY FAMILY BACK HERE IN TEXAS.

CRYSTAL JONES    673-887-7155    WIFE
MALIYAH LOEWS    DAUGHTER
    AND   D.J.    GRANDSON

        18065  HARTWELL ST
        DETROIT, MI  48235

BY VIRTUE OF THE ACTIONS OF THE DEFENDANT BEING MALICIOUS, WANTON AND OBVIOUSLY HURTFUL (TO ALOT OF FAMILIES) THE LAW ALLOWS THE IMPOSITION OF EXEMPLARY DAMAGES, BY LYING TO THE PEOPLE OF THE UNITED STATES MISLEADING THEM TO TRAVEL AS THEY HAVE BEEN, LEADING THIS COUNTRY INTO A FUEL CRISIS, LEAVING MANY AMERICANS STUCK IN VARIOUS PLACES THEREFORE, PLAINTIFF REQUESTS EXEMPLARY DAMAGES IN THE AMOUNT OF $50,000.

WHEREFORE, PLAINTIFF REQUESTS THAT THE DEFENDANT BE CITED TO APPEAR AND ANSWER AND THAT ON FINAL TRIAL PLAINTIFF HAVE:

1) JUDGEMENT AGAINST DEFENDANT FOR ACTUAL DAMAGES OF $10,000.

2) JUDGEMENT AGAINST DEFENDANT FOR EXEMPLARY DAMAGES OF $50,000.

3) EXPUNGEMENT OF ONE (ANY ONE) OF MY TWO 2/22/1999 CORYELL COUNTY, TEXAS CONVICTIONS.

4) PRE AND POSTJUDGEMENT INTREST AS PROVIDED BY LAW.

5) ANY OTHER AND FURTHER THAT THE COURT MAY DEEM JUST.